FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 SEP 19 P 3:08

BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**LOIS FARIAS** *
**8106 Elemberry Court, No. 1201**
**Pasadena, Maryland 21122** *

**Plaintiff** *

**v.** *

**UNITED STATES OF AMERICA** *

**Serve on:** *

**Rod J. Rosenstein** *
**United States Attorney for the**
**District of Maryland** *
**U.S. Court House**
**101 West Lombard Street** *
**Baltimore, Maryland 21201**
*
**and**
*
**Peter D. Keisler**
**Acting Attorney General of the** *
**United States**
**United States Department of Justice** *
**950 Pennsylvania Avenue, N.W.**
**Washington, D.C. 20530** *

**and** *

**Andrew von Eschenbach, M.D.** *
**Commissioner**
**Food and Drug Administration** *
**5600 Fishers Lane**
**Rockville, Maryland 20857** *

**and** *

RDB 07 CV 2512

**DARCY HANES** *
**3609 Pocomo Place**
**Beltsville, Maryland 20705** *

**Defendants** *

* * * * * * * * * * *

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Lois Farias, by and through her attorneys, Paul D. Bekman, Gregory G. Hopper, and Salsbury, Clements, Bekman, Marder & Adkins, L.L.C., hereby sues Defendants, United States of America and Darcy Hanes, and, in support thereof, states as follows:

**Count One: Negligence**

1. Darcy Hanes, an employee of the United States of America, was driving a vehicle assigned to her by the United States Food and Drug Administration in Prince George's County, Maryland on January 28, 2005 when she negligently and carelessly drove into Lois Farias, a 79 year old woman who was working as a crossing guard. Because Ms. Hanes was acting within the scope of her employment and was an actual or apparent agent, servant, and/or employee of the United States at the time of the incident, Ms. Farias brings this action under the Federal Tort Claims Act, 28 U.S.C. Section 2671, *et seq*.

2. The amount in controversy exceeds Seventy Five Thousand Dollars ($75,000.00).

3. Venue is proper in United States District Court for the District of Maryland.

4. Lois Farias has complied with the notice provision of the Federal Tort Claims Act, found at 28 U.S.C. §2675. Within two years of the incident, Ms. Farias notified the United States of her claim, provided the relevant information documenting her injuries and Ms. Hanes' negligence, and demanded $500,000. More than six months have passed since Ms. Farias notified the government and made her claim.

5. At approximately 7:11 a.m. on January 28, 2005, Darcy Hanes was driving east bound on Muirkirk Road nearing its intersection with Tuscany Drive in Prince George's County, Maryland. Ms. Hanes negligently failed to observe Lois Farias, a 79 year old woman, who was working as a uniformed crossing guard for Prince George's County at the intersection. Ms. Hanes negligently drove into Ms. Farias, striking her with great force and knocking her onto the hood and over the car.

6. The United States of America, by and through its agent, servant, and/or employee, Darcy Hanes, was negligent and careless in that it:

a. failed to keep a proper lookout and observe Lois Farias who was lawfully within the crosswalk and intersection;

b. failed to maintain proper control over the vehicle to avoid an accident;

c. failed to reduce the speed of the vehicle given the circumstances presented so that it could be stopped in time to avoid an accident if obstacles were in the lane of traffic;

  d. failed to operate the vehicle at a speed reasonable and prudent under the circumstances;

  e. failed to operate the vehicle in a reasonably safe and prudent manner; and

  f. failed to comply with the applicable standards of care under the circumstances presented and was otherwise negligent and careless.

  7. As a direct and proximate result of the negligence of the Defendant, by and through its agent, servant, and/or employee, Lois Farias was struck with great force and violence, thrown onto the hood of the vehicle, and knocked to the ground, causing her to suffer severe, permanent, and painful bodily injury, mental and emotional anguish, disfigurement, lost wages, lost earnings, and other injuries and damages.

  8. All of the injuries and damages suffered by Lois Farias were directly and proximately caused by the acts or omissions of the Defendant without any negligence on the part of Plaintiff contributing thereto.

  WHEREFORE, Plaintiff, Lois Farias, demands judgment against Defendants, the United States of America and Darcy Hanes, in the amount of $500,000.00 (Five Hundred Thousand Dollars) plus interest together with all of the costs of this action.

Respectfully submitted,

Paul D. Bekman
Gregory G. Hopper
Salsbury, Clements, Bekman, Marder & Adkins,L.L.C.
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633

Attorneys for Plaintiff