IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Lois Farias

        Plaintiff(s)

vs.

United States of America
  Serve on:    Defendant(s)
  Rod J. Rosenstein

**SUMMONS**

CIVIL ACTION NO. RDB 07 CV 2512

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

    Salsbury, Clements, Bekman, Marder & Adkins, LLC
    300 West Pratt Street, Suite 450
    Baltimore, Maryland 21201

an answer to the complaint which is herewith served upon you, within 60 [to Answer the Complaint] days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Felicia C. Cannon

Sincerely,

By: _____
    Deputy Clerk

DATE: 9/20/07

U.S. District Court (1/03)

NOTICE - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Lois Farias

    Plaintiff(s)

vs.

United States of America
 Serve on:  Defendant(s)
 Rod J. Rosenstein

**SUMMONS**

CIVIL ACTION NO.  07CV2512

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

  Salsbury, Clements, Bekman, Marder & Adkins, LLC
  300 West Pratt Street, Suite 450
  Baltimore, Maryland 21201

an answer to the complaint which is herewith served upon you, within _60_ [to Answer the Complaint] days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

       Felicia C. Cannon

       Sincerely,

      By: _____
        Deputy Clerk

DATE: _9/20/07_

U.S. District Court (1/03)

**NOTICE** - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Lois Farias

          Plaintiff(s)

vs.

United States of America

  Serve on:
  Peter D. Keisler   Defendant(s)

**SUMMONS**

CIVIL ACTION NO. RDB07CV2512

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

        Salsbury, Clements, Bekman, Marder & Adkins, LLC
        300 West Pratt Street, Suite 450
        Baltimore, Maryland 21201

an answer to the complaint which is herewith served upon you, within 60 [to Answer the Complaint] days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                                    Felicia C. Cannon
                                    Sincerely,

                                By: _____
                                       Deputy Clerk

DATE: 9/20/07

U.S. District Court (1/03)

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Lois Farias

   Plaintiff(s)

vs.

United States of America

   Serve on:
   Peter D. Keisler   Defendant(s)

SUMMONS

CIVIL ACTION NO. **RDB 07 CV 2512**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

> Salsbury, Clements, Bekman, Marder & Adkins, LLC
> 300 West Pratt Street, Suite 450
> Baltimore, Maryland 21201

an answer to the complaint which is herewith served upon you, within _60_ [to Answer the Complaint] days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

*Felicia C. [illegible]*

Sincerely,

By: _____
Deputy Clerk

DATE: _9/20/07_

U.S. District Court (1/03)

**NOTICE** - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Lois Farias

          Plaintiff(s)

vs.

United States of America

  Serve on:    Defendant(s)
Andrew von Eschenbach, M. D.

**SUMMONS**

CIVIL ACTION NO.

RDB 07 CV 2512

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

> Salsbury, Clements, Bekman, Marder & Adkins, LLC
> 300 West Pratt Street, Suite 450
> Baltimore, Maryland 21201

an answer to the complaint which is herewith served upon you, within __60__ [to Answer the Complaint] days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Felicia C. Cannon

Sincerely,

By: _____
      Deputy Clerk

DATE: __9/20/07__

U.S. District Court (1/03)

**NOTICE** - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Lois Farias

        Plaintiff(s)

vs.

        **S U M M O N S**

Darcy Hanes

        CIVIL ACTION NO.

        Defendant(s)

        RDB 07 CV 2512

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

    Salsbury, Clements, Bekman, Marder & Adkins, LLC
    300 West Pratt Street, Suite 450
    Baltimore, Maryland 21201

an answer to the complaint which is herewith served upon you, within _60_ [to Answer the Complaint] days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

        Felicia C. Cannon

        Sincerely,

        By: _____
             Deputy Clerk

DATE: _9/20/07_

U.S. District Court (1/03)

NOTICE - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov