IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LOIS FARIAS** * | |
| Plaintiff * | |
| v. * | Case No. 07-cv-2512PWG |
| **UNITED STATES, et al.** * | |
| Defendant * | |

\*\*\*\*\*\*

## ORDER OF JUDGMENT

The Court, having stated its findings of fact and conclusions of law in open court on February 5, 2010, which are incorporated herein by reference, rendered a judgment in favor of the Plaintiff as follows:

1. Judgment is entered in favor of Plaintiff against the Defendants, in the amounts as follows: Economic Damages of $21,759.71 for Past Medical Expenses and $46,009.00 for Lost Income, for a total of $67,768.71; and Non-Economic Damages of $300,000.00, for a grand total of $367,768.71; with costs;

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

3. Any post-trial motion shall be filed on or before February 16, 2010.

_____  2/9/10
PAUL W. GRIMM
United States Magistrate Judge

Order of Judgment (in favor of Defendant) (Rev. 12/2000)